IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00555-RPM

POLICA HOUSTON,

    Plaintiff,

v.

DENVER PUBLIC SCHOOL DISTRICT,
RICHARD HARRISON, in his individual and official capacity,
DENVER POLICE SERGEANT T.J. BLAIR, in his individual and official capacity,
DENVER POLICE OFFICE M. HART, in his individual and official capacity,

    Defendants.

_____

ORDER STRIKING NOTICE TO DISMISS
_____

On June 16, 2008, the plaintiff filed a pleading designated Plaintiff's Unopposed Notice to Dismiss Denver Public School District with Prejudice, citing Fed.R.Civ.P. 41(a)(1). The notice incorrectly states that the defendant has not filed an answer or motion for summary judgment. On May 19, 2008, Defendant Denver Public School District, correctly named School District No. 1 in the City and County of Denver, filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment. The motion is properly a motion for summary judgment because it includes facts not included in the plaintiff's complaint. Because of the filing of a motion for summary judgment, dismissal under Rule 41(a)(1) is inappropriate and it is therefore

    ORDERED that the Notice is stricken.

    DATED: June 17th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge