**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00555-RPM-MEH

POLICA HOUSTON,

        Plaintiff,

v.

DENVER PUBLIC SCHOOL DISTRICT,
RICHARD HARRISON, in his individual and official capacity,
DENVER POLICE SERGEANT T.J. BLAIR, in his individual and official capacity,
DENVER POLICE OFFICER M. HART, in his individual and official capacity.

        Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DENVER PUBLIC SCHOOL DISTRICT WITH PREJUDICE**

---

Upon consideration of Plaintiff's Motion to Dismiss Denver Public School District with Prejudice [22], it is

ORDERED that Defendant Denver Public School District is dismissed from this litigation with prejudice, with each party to bear their own fees and costs.

DATED this 19th day of June, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        HON. RICHARD P. MATSCH, SENIOR JUDGE