IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00555-RPM

POLICA HOUSTON,

    Plaintiff,

v.

RICHARD HARRISON, in his individual and official capacity,
DENVER POLICE SERGEANT T.J. BLAIR, in his individual and official capacity,
DENVER POLICE OFFICER M. HART, in his individual and official capacity,

    Defendants.

_____

ORDER OF DISMISSAL OF DEFENDANTS BLAIR AND HART
_____

On June 16, 2008, defendants T.J. Blair and M. Hart filed a motion to dismiss plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(6). The plaintiff filed his response on July 7, 2008, and also filed a Motion for Leave to File Amended Complaint with a tender of a proposed amended complaint. Defendants Hart and Blair filed their reply in their objection to the motion for leave to file amended complaint on July 22, 2008, and plaintiff filed a reply in support of the motion for leave to file amended complaint on August 6, 2008.

Upon consideration of these pleadings, the Court finds that the original complaint is not sufficient to state a claim for relief against the defendants Blair and Hart and that the proposed amended complaint does not cure the deficiency. Essentially, the plaintiff is contending that these two police officers bear responsibility for his termination of employment because of their letters to Richard Harrison as School Director of KIPP Cole College Prep Charter School, in retaliation for the plaintiff's criticisms of the police officers protected by the First Amendment. The letters were submitted as attachments

to the plaintiff's response to the motion to dismiss.  There is an insufficient factual basis alleged to support the claim that these two defendants caused the plaintiff's dismissal as a teacher and the complaint and amended complaint are insufficient to state a claim that the officers were acting pursuant to some policy of the City and County of Denver.  Accordingly, it is

ORDERED that considering the allegations of the complaint and the additional allegations in the amended complaint as to the defendants Blair and Hart, they fail to state a claim against these two defendants and they are dismissed from this civil action which will now go forward only as to the defendant Richard Harrison.  The motion to amend the complaint is denied.

DATED: October 10th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge