IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00555-RPM

POLICA HOUSTON,

    Plaintiff,

v.

RICHARD HARRISON, in his individual and official capacity,

    Defendant.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

On October 20, 2008, the plaintiff filed a Motion for Reconsideration of Order Dismissing Defendants Hart and Blair. After review of that motion, it is

ORDERED that the motion is denied.

DATED: October 21st, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge