IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00555-RPM

POLICA HOUSTON,

    Plaintiff,

v.

RICHARD HARRISON, in his individual and official capacity,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

The Court having determined that this case should now be set for a scheduling conference, it is

ORDERED that a scheduling conference will be held on **December 2, 2008, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 25, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 21st, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge