IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00555-RPM

POLICA HOUSTON,

    Plaintiff,

v.

RICHARD HARRISON, in his individual and official capacity,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Joint Stipulated Motion for Dismissal With Prejudice [37], filed on May 8, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED: May 11th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge